# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 2024-0020 |
| v. | INFORMATION |
| ROSNIEL DIAZ-BAUTISTA, | |
| Defendant. | |

The United States Attorney charges:

## COUNT ONE
*(Use of Firearm During a Crime of Violence Resulting in Death)*

On or about September 8, 2024, in the District of the Virgin Islands, the defendant,

### ROSNIEL DIAZ-BAUTISTA,

did knowingly use, carry, and discharge a firearm, that is, a black handgun, unknown make, unknown model, unknown serial number, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: First-Degree Murder, 14 V.I.C. §§ 921, 922(a)(1), and 923 as charged in Count Three below, and in the course of that violation caused the death of a person, Indierra Morales, through the use of the firearm, which killing is a murder as defined in 18 U.S.C. § 1111.

All in violation of Title 18, United States Code, Section 924(j)(1).

## COUNT TWO
*(Discharge of a Firearm in Furtherance of a Crime of Violence)*

On or about September 8, 2024, in the District of the Virgin Islands, the defendant,

## ROSNIEL DIAZ-BAUTISTA,

did knowingly use, carry, and discharge a firearm, that is, a black handgun, unknown make,

unknown model, unknown serial number, during and in relation to a crime of violence for which

he may be prosecuted in a court of the United States, to wit: First-Degree Murder, 14 V.I.C. §§

921, 922(a)(1), and 923, as charged in Count Three.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
*(First-Degree Murder)*

On or about September 8, 2024, in the District of the Virgin Islands, the defendant,

**ROSNIEL DIAZ-BAUTISTA,**

unlawfully and with malice aforethought, shot and killed a human being, Indierra Morales,

willfully, deliberately, and with premeditated design, by shooting her.

All in violation of Title 14, Virgin Islands Code, Sections 921, 922(a)(1), and 923.

Dated: November 26, 2024

DELIA L. SMITH
United States Attorney

By:    Daniel H. Huston

Daniel H. Huston
Assistant United States Attorney
District of the Virgin Islands
Alexander Hamilton House Building
1108 King Street, Suite 201, Christiansted
St. Croix, VI 00820-5080
Telephone: (340) 773-3920
Daniel.Huston@usdoj.gov