# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| UNITED STATES OF AMERICA | CASE NO. 24 Cr. 20 |
|---|---|
| v. | |
| ROSNIEL DIAZ-BAUTISTA, | |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

I, Adrian Champaire, having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent employed by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI). I have been employed as a Special Agent since November of 2022. I have a bachelor's degree in criminal justice and an associate degree in political science. I have seven plus years of experience working for Customs and Border Protection (CBP). I have attended the Federal Law Enforcement Training Academy where I received training in the investigative areas of customs laws, narcotics smuggling, money laundering, financial investigations bulk cash smuggling, the illegal exportation of weapons, munitions and high technology items, the illegal exportation of commodities, general smuggling, human smuggling/human trafficking, immigration statutory authority law, criminal fraud and the importation, cyber-crimes and distribution of child pornography.

2.      I make this Affidavit pursuant to Rules 4(a) and 5(b) of the Federal Rules of Criminal Procedure to establish probable cause that Rosniel DIAZ-BAUTISTA, herein after referred to as BAUTISTA, committed a violation of Use of Firearm During a Crime of Violence Resulting in Death, 18 U.S.C. § 924(j)(1); Discharge of a Firearm in Furtherance of a Crime of Violence, 18 U.S.C. § 924(c)(1)(A); and First-Degree Murder, 14 V.I.C. §§ 921, 922(a)(1), and 923. The statements and information in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that BAUTISTA violated the statutes listed above.

## FACTS IN SUPPORT OF PROBABLE CAUSE

3.      On September 8, 2024, at approximately 12:55 a.m., Virgin Islands Police Department (VIPD) officers were notified of shots being fired on King Street, Frederiksted on the island of St. Croix, USVI. Upon arrival to the scene, officers observed a black four-door Acura TSX bearing license plate CGG-534 parked in front of Alba's Bar and Restaurant, plot 16A King Street, Frederiksted. Officers discovered an adult female, with multiple gunshot wounds, still breathing, in the driver's seat. Eyewitnesses provided statements to law enforcement officers that identified the shooter as Rosniel DIAZ-BAUTISTA, who was in a relationship with the victim.

4.      The gunshot victim succumbed to her injuries and was later identified by next of kin as Indierra Morales.

5. At approximately 2:28 a.m., BAUTISTA was encountered and detained by VIPD. BAUTISTA was processed and refused to provide a statement regarding the death of the victim.

6. Video footage was secured from a nearby establishment which showed the black four-door Acura TSX with the driver's door open, parked on King Street, Frederiksted. In the footage BAUTISTA had his face uncovered and was dressed in a grey hoodie jacket and long jeans. While walking towards the vehicle, BAUTISTA had both hands tucked inside the grey hoodie jacket. As BAUTISTA neared the vehicle, BAUTISTA removed both hands from his hoodie, holding a black handgun, and aimed at the driver's side of the vehicle. The footage continued to show BAUTISTA firing the handgun into the driver's side of the vehicle, and eventually leaving the scene.

7. Law enforcement officers conducted a firearm records check on BAUTISTA which revealed that BAUTISTA does not have a license to possess a firearm or ammunition in the territories of the U.S. Virgin Islands.

## CONCLUSION

8.     Based upon all the foregoing facts, I believe probable cause exists to charge Rosniel DIAZ-BAUTISTA with a violation of Use of Firearm During a Crime of Violence Resulting in Death, 18 U.S.C. § 924(j)(1); Discharge of a Firearm in Furtherance of a Crime of Violence, 18 U.S.C. § 924(c)(1)(A); and First-Degree Murder, 14 V.I.C. §§ 921, 922(a)(1), and 923.

_____
Adrian Champaire
Special Agent
Homeland Security Investigations

Subscribed to and sworn before me via video conferencing per Fed. R. Crim. P. 4.1(b)(2)(A).

this **26** day of November 2024

_____
HONORABLE G. ALAN TEAGUE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF THE VIRGIN ISLANDS