**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 1:24-0020-WAL-EAH |
| ROSNIEL DIAZ-BAUTISTA, ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion to Compel Disclosure of Materials Related to the Deliberative Process Resulting in the Attorney General's Decision to Seek the Death Penalty, and for good cause shown, the Motion is GRANTED.

It is further ORDERED, the Government shall produce all materials requested in Defendant's discovery demand within ___ days of the entry of this Order.

Done at St. Croix, U.S. Virgin Islands, on this ___ day of _____, 2025.

E N T E R:

_____
EMILE A. HENDERSON III
U.S. Magistrate Judge